IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 31 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

OLD RIVER SUPPLY, INC.
d/b/a OLD RIVER TRUCK SALES, INC., and
d/b/a OLD RIVER VOLVO                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:05cv618-HTW-JCS

TANGO TRANSPORT, INC.                                                    DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY there came on for consideration in this matter the *ore tenus* Motion to Dismiss with Prejudice ("Motion") filed by plaintiff Old River Supply, Inc. d/b/a Old River Truck Sales, Inc., and d/b/a Old River Volvo. The Court, being fully advised in the premises, and being fully advised that Tango Transport, Inc. ("Tango") consents to the dismissal, finds the Motion to be well-taken, and hereby grants the requested relief.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that this matter is fully and finally DISMISSED WITH PREJUDICE.

Dated, this the 31st day of May, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

1

PREPARED AND SUBMITTED BY:

_____
Chad J. Hammons, MSB #10419
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street
Post Office Box 427
Jackson, Mississippi 39205-0427
*Attorney for Old River Supply, Inc. d/b/a
Old River Truck Sales, Inc. and d/b/a Old River Volvo*

AGREED AS TO FORM AND SUBSTANCE:

(see attached)
_____
H.N. Cunningham, III State Bar #0524690
James C. Baker State Bar #01580400
ROBERTS, CUNNINGHAM & STRIPLING, L.L.P.
800 Preston Commons West
8117 Preston Road
Dallas, TX 75225
Telephone: 214-696-3200
Telecopier: 2147-696-5971
*Attorneys for Tango Transport, Inc.*

COLETTE A. OLDMIXON, ESQ., MSB # 3924
SMITH & OLDMIXON
Post Office Box 393
302 South Julia Street
Poplarville, MS 39470
Telephone: 601-795-2261
Telecopier: 601-795-0467
*Attorney for Tango Transport, Inc.*

PREPARED AND SUBMITTED BY:

Chad J. Hammons, MSB #10419
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street
Post Office Box 427
Jackson, Mississippi 39205-0427
*Attorney for Old River Supply, Inc. d/b/a
Old River Truck Sales, Inc. and d/b/a Old River Volvo*

AGREED AS TO FORM AND SUBSTANCE:

H.W. Cunningham, III State Bar #0524690
James C. Baker State Bar #01580400
ROBERTS, CUNNINGHAM & STRIPLING, L.L.P.
800 Preston Commons West
8117 Preston Road
Dallas, TX 75225
Telephone: 214-696-3200
Telecopier: 2147-696-5971
*Attorneys for Tango Transport, Inc.*

COLETTE A. OLDMIXON, ESQ., MSB # 3924
SMITH & OLDMIXON
Post Office Box 393
302 South Julia Street
Poplarville, MS 39470
Telephone: 601-795-2261
Telecopier: 601-795-0467
*Attorney for Tango Transport, Inc.*